UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARIE VAZQUEZ, | ) | CASE NO. CV 14-3611 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 9, 2015

_____
ALICIA G. ROSENBERG
United States Magistrate Judge